NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-366

VINCENT KARNATH, JR., ET AL.

VERSUS

LAFAYETTE CONSOLIDATED GOVERNMENT, ET AL.

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, DOCKET NUMBER 2002-4198
HONORABLE EDWARD D. RUBIN, PRESIDING

*************
SYLVIA R. COOKS
JUDGE
*************

Court composed of Sylvia R. Cooks, Marc T. Amy, and John B. Scofield,[*] Judges

AFFIRMED.

Chris Villemarette
Scott M. Hawkins
Jacob Garbin
Hawkins, Garbin & Villemarette, L.L.C.
102 Asma Boulevard
Saloom III, Suite 110
Lafayette, Louisiana 70508
(337) 233-8005
COUNSEL FOR PLAINTIFF/APPELLANT:
        Vincent Karnath, Jr., et al.

Matthew J. Hill, Jr.
Attorney at Law
4010 West Congress Street, Suite 207
Lafayette, Louisiana 70506
(337) 989-8100

---

[*]John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore.*

COUNSEL FOR DEFENDANT/APPELLEE:
Daniel J. Archibald
State Farm Fire & Casualty Company


Philip E. Roberts
Roy, Bivens, Judice, Roberts & Wartelle
P.O. Drawer Z
Lafayette, Louisiana 70502
(337) 233-7430
COUNSEL FOR DEFENDANT/APPELLEE:
Lafayette Consolidated Government